**Order entered August 7, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00968-CV
No. 05-14-00969-CV
No. 05-14-00970-CV
No. 05-14-00971-CV
No. 05-14-00972-CV

**IN RE WILLIE OTIS HARRIS, Relator**

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F91-45092; F91-45093; F91-45123; F91-70666; F91-70667**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/    MOLLY FRANCIS
       JUSTICE